UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>           Plaintiff,<br>   v.<br>ANDREW JAMES WATTS,<br>           Defendant. | Case No.  20-cr-00101-MAG-1<br><br>**ORDER REASSIGNING CASE** |

IT IS ORDERED that this case is reassigned to the Honorable Virginia K. DeMarchi in the San Jose division for all further proceedings.  Counsel are instructed that all future filings shall bear the initials VKD immediately after the case number.

Dated:  March 3, 2020

_Susan Y. Soong_
Susan Y. Soong
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.