DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL KALEBA (CABN 223789)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    daniel.kaleba@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00101 VKD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE FROM MARCH 25, 2020 TO MAY 21, 2020 AND [PROPOSED] ORDER |
| v. | |
| ANDREW JAMES WATTS, | |
| Defendant. | |

    In response to the public health guidance involving Novel Coronavirus (COVID-19), and in consideration of ongoing defense investigation and effective preparation, counsel for defendant and the United States respectfully request that this Court continue the status conference from March 25, 2020 to May 21, 2020.

    The parties further stipulate and agree that the period of time from March 25, 2020 to May 21, 2020 should be excluded from the calculations under the Speedy Trial Act for effective preparation of counsel and in the interest of justice.

IT IS SO STIPULATED.

DATED: March 17, 2020           /s/
                                DANIEL KALEBA
                                Assistant United States Attorney

DATED: March 17, 2020           /s/
                                ALAN LAGOD
                                Counsel for Defendant Watts

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status conference scheduled on March 25, 2020 is continued to May 21, 2020 at 1:30 p.m. The Court finds that failing to exclude the time from March 25, 2020 through May 21, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 25, 2020 through May 21, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 25, 2020 through May 21, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March __, 2020
                                HON. VIRGINIA K. DEMARCHI
                                United States Magistrate Judge