1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | ANDREW L. LIAO (CABN 271219)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5063

7 | Facsimile: (408) 535-5066
Andrew.Liao@usdoj.gov

8 | Attorneys for the United States

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,           )
                                        )   No. CR 20-00101 VKD
13 |           Plaintiff,                )
                                        )
14 |      v.                             )   SUBSTITUTION OF ATTORNEY
                                        )
15 |                                     )
                                        )
16 | ANDREW JAMES WATTS,                 )
                                        )
17 |           Defendant.                )
    _____

18

19 |    Please take notice that as of June 17, 2020, the Assistant U.S. Attorney whose name, address,

20 | telephone number and email address are listed below was assigned to be counsel for the government.

21

22 |                        Andrew L. Liao
                           150 Almaden Blvd., Suite 900
                           San Jose, CA 95113

23 |                        Telephone: (408) 535-5063
                           Andrew.Liao@usdoj.gov

24 | DATED: June 17, 2020                         Respectfully submitted,

25                                                DAVID L. ANDERSON
                                                  United States Attorney
26
                                                  _____/s/_____
27                                                ANDREW L. LIAO
                                                  Assistant United States Attorney
28